**FILED**

MAY - 9 2019 KB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**19 CR 405**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **UNDER SEAL** |
| ) | |
| v. ) | Violations: Title 18, United |
| ) | States Code, Sections 1591(a)(1) |
| BRIAN JOHNSON, ) | 2252A(a)(1), and |
|    also known as, "David Burton," ) | 2252A(a)(5)(B) |
|    "Rachel Patel," "Melissa Bono" ) | **JUDGE PALLMEYER** |
|    "Lisa Conway," "Mike Mitchell," ) | **MAGISTRATE JUDGE KIM** |
|    "Jeff Fields," and "David Fields" ) | |

COUNT ONE

The SPECIAL DECEMBER 2017 GRAND JURY charges:

Beginning on or about August 11, 2012, and continuing until in or about March 2015, in the Northern District of Illinois, Eastern Division, and elsewhere,

BRIAN JOHNSON,
also known as, "David Burton," "Rachel Patel," "Melissa Bono," "Lisa Conway," "Mike Mitchell," "Jeff Fields," and "David Fields,"

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely, Victim A, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim A to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a) and (b)(1).

## COUNT TWO

The SPECIAL DECEMBER 2017 GRAND JURY further charges:

Beginning on or about September 25, 2013, and continuing until in or about October 2013, in the Northern District of Illinois, Eastern Division, and elsewhere,

BRIAN JOHNSON,
also known as, "David Burton," "Rachel Patel," "Melissa Bono," "Lisa Conway," "Mike Mitchell," "Jeff Fields," and "David Fields,"

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely, Victim B, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim B to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a) and (b)(1).

COUNT THREE

The SPECIAL DECEMBER 2017 GRAND JURY further charges:

Beginning on or about September 21, 2014, and continuing until in or around September 2016, in the Northern District of Illinois, Eastern Division, and elsewhere,

BRIAN JOHNSON,
also known as, "David Burton," "Rachel Patel," "Melissa Bono," "Lisa Conway," "Mike Mitchell," "Jeff Fields," and "David Fields,"

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely, Victim C, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim C to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a) and (b)(1).

## COUNT FOUR

The SPECIAL DECEMBER 2017 GRAND JURY further charges:

Beginning in or around October 2010 to in or around 2013, in the Northern District of Illinois, Eastern Division, and elsewhere,

BRIAN JOHNSON,
also known as, "David Burton," "Rachel Patel," "Melissa Bono," "Lisa Conway," "Mike Mitchell," "Jeff Fields," and "David Fields,"

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely, Victim D, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim D to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a) and (b)(1).

## COUNT FIVE

The SPECIAL DECEMBER 2017 GRAND JURY further charges:

On or about August 13, 2013, in the Northern District of Illinois, Eastern Division, and elsewhere,

BRIAN JOHNSON,
also known as, "David Burton," "Rachel Patel," "Melissa Bono," "Lisa Conway," "Mike Mitchell," "Jeff Fields," and "David Fields,"

defendant herein, did knowingly transport and cause to be transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including an image entitled "m10.jpg," using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT SIX

The SPECIAL DECEMBER 2017 GRAND JURY further charges:

On or about March 22, 2016, in the Northern District of Illinois, Eastern Division, and elsewhere,

BRIAN JOHNSON,
also known as, "David Burton," "Rachel Patel," "Melissa Bono," "Lisa Conway," "Mike Mitchell," "Jeff Fields," and "David Fields,"

defendant herein, knowingly possessed material, namely (1) Seagate 1 Terabyte Hard Drive SN 9VPEYZMB, (2) Maxwell 4 Gigabyte USB Drive, purple in color, labeled Hairy Audition Yanna Intro, (3) Maxwell 4 Gigabyte USB Drive, black in color, labeled 2ACG, (4) Maxwell 4 Gigabyte USB Drive, black in color, labeled Visual Arts, and (5) PNY 16 Gigabyte USB Drive, black in color, labeled CT Productions, containing an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), such image having been shipped and transported using any means and facility of interstate and foreign commerce, and such image having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

The SPECIAL DECEMBER 2017 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, 2252A as set forth in this Indictment, defendant shall forfeit to the United States of America any matter which contains visual depictions described in Title 18, United States Code, Section 2252A; any property constituting and traceable to gross profits and other proceeds obtained from such offense; and any property used and intended to be used to commit and to promote the commission of such offense, and any property traceable to such property, as provided by Title 18, United States Code, Section 2253(a).

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 1591 as set forth in this Indictment, defendant shall forfeit to the United States of America any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property, as provided by Title 18, United States Code, Section 1594(d)(1) and (e)(1); any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation, or any property traceable to such property, as provided by Title 18, United States Code, Section 1594(d)(2) and (e)(2).

3. The property to be forfeited includes, but is not limited to the following specific property:

   a) Dell Inspiron All In One Computer SN CN0VFV2M7443121Q0252, containing a Seagate 1 Terabyte Hard Drive, SN 9VPEYZMB.

   b) Maxwell 4 Gigabyte USB Drive, purple in color, labeled Hairy Audition Yana Intro.

   c) Maxwell 4 Gigabyte USB Drive, black in color, labeled 2ACG.

   d) Maxwell 4 Gigabyte USB Drive, black in color, labeled Visual Arts.

   e) PNY 16 GB USB Drive, black in color, labeled CT Productions.

4. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; the

United States of America shall be entitled to forfeiture of substitute property, as provided by Title 21, United States Code Section 853(p).

A TRUE BILL:

_____<br>FOREPERSON

_____
UNITED STATES ATTORNEY