

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| v. | ) No. 19 CR 405-1 |
| Brian Johnson, | ) Judge Rebecca R. Pallmeyer |
| Defendant. | ) |

## ORDER

Detention hearing held on 5/21/2019. Defendant released on a secured bond. Status hearing set for 6/20/2019 at 9:00 AM. Excludable time to begin pursuant to 18:3161(h)(1)(D). (X-E)

ENTER:

Dated: May 21, 2019

REBECCA R. PALLMEYER
United States District Judge

(T:00:20)