UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| BRIAN JOHNSON ) | No. 19 CR 405 |
| ) | Judge Rebecca R. Pallmeyer |

## FORFEITURE AGREEMENT

Pursuant to the Order Setting Conditions of Release entered in the above-named case on May 21, 2019 for and in consideration of bond being set by the Court for defendant BRIAN JOHNSON (the "defendant") in the amount of $10,000 being fully secured by real property, PHYLLIS D. JONES (GRANTOR) hereby understands, warrants and agrees:

1. PHYLLIS D. JONES warrants that she is the sole record owner and titleholder of the real property located at 8816 South Utica Avenue, Evergreen Park, Illinois, and described legally as follows:

> LOTS 7 AND 8 IN BLOCK 6 IN GOULD'S SUBDIVISION OF THE WEST 3/4 OF NORTHWEST 1/4 OF THE NORTHWEST 1/4 OF SECTION 1, TOWNSHIP 37 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Parcel Number(s):   24-01-111-029-0000
                    24-01-111-030-0000
                    (the "subject property")



FILED
MAY 24 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

2. PHYLLIS D. JONES warrants that there is one outstanding mortgage against the subject property and that her equitable interest in the property is at least $10,000.

3. PHYLLIS D. JONES has received a copy of the Court's Order Setting Conditions of Release and understands its terms and conditions.

4. PHYLLIS D. JONES understands and agrees that the defendant will be subject to the terms and conditions of the Order Setting Conditions of Release until any of the following events: (a) defendant surrenders to serve his sentence; (b) defendant is taken into custody by order of the court in the above-captioned matter; (c) the above-captioned matter is dismissed against defendant in its entirety; or (d) judgment is entered in defendant's favor.

5. PHYLLIS D. JONES agrees that public docket entries and filings in the above-captioned matter constitute adequate notice to the surety of all judicial proceedings in the case. PHYLLIS D. JONES understands that modifications to the Court's Order Setting Conditions of Release may occur, and may materially change the conditions of release. In exchange for the entry of the Order Setting Conditions of Release, PHYLLIS D. JONES waives any right to receive notice of judicial proceedings from the United States or the Court.

6. PHYLLIS D. JONES understands and agrees that this forfeiture agreement applies to any modified Order Setting Conditions of Release entered by the Court in the above-captioned matter.

7. PHYLLIS D. JONES agrees that her equitable interest in the above-described real property up to the amount of the bond shall be forfeited to the United States of America should the defendant fail to appear as required by the Court or otherwise violates any condition of the Court's Order Setting Conditions of Release, during the pendency of the order.

8. PHYLLIS D. JONES agrees to execute a quit claim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court.

9. PHYLLIS D. JONES understands that the United States of America will seek an order from the Court authorizing the United States of America to file and record the above-described deed, and will take whatever other action that may be necessary to perfect its interest in the above-described real property, should the defendant fail to appear as required by the Court or otherwise violate any condition of the Court's Order Setting Conditions of Release, during the pendency of the order.

10. PHYLLIS D. JONES understands and agrees that, should the defendant fail to appear as required by the Court or otherwise violates any condition of the Court's Order Setting Conditions of Release, PHYLLIS D. JONES will be liable to pay the difference between the bond amount of $10,000 and her equitable interest in the subject property, and PHYLLIS D. JONES hereby agrees to the entry of a default judgment against her for the amount of any such difference.

11. PHYLLIS D. JONES agrees that she will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish her interest therein, including any effort to sell or otherwise convey the property without leave of Court.

12. PHYLLIS D. JONES understands that if she has knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant, she

is subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury.

13. PHYLLIS D. JONES agrees that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder's Office as notice of encumbrance in the amount of the bond.

14. PHYLLIS D. JONES hereby declares under penalty of perjury that she has read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct.

15. PHYLLIS D. JONES understands and agrees that failure to comply with any term or condition of this Forfeiture Agreement will constitute grounds for the United States of America to request that the bond posted for the release of the defendant be revoked.

Date: 5/23/19

PHYLLIS D. JONES
Surety/Grantor

Date: _____

WITNESS

**Prepared by and Return to:**
Bissell, US Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604