# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                       Case No.: 1:19−cr−00405

                                                               Honorable Rebecca R. Pallmeyer

Brian Johnson

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 20, 2019:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Brian Johnson: Status hearing held on 6/20/2019. Status hearing set for 8/28/2019 at 9:00 AM. In the interest of justice, and for plea negotiations, order excludable time to start pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.