IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | No. 19 CR 405 |
| v. | ) | |
| | ) | Honorable Rebecca R. Pallmeyer |
| BRIAN JOHNSON, | ) | |
|     Defendant. | ) | |

## AGREED ORDER TO MODIFY CONDITIONS OF RELEASE

Defendant Brian Johnson's conditions of release are hereby modified to permit him to attend necessary appointments or events related to his application for unemployment benefits at the direction and supervision of Pretrial Services.

Date: June 26, 2019

_____
Rebecca R. Pallmeyer
United States District Judge